

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • [F] 516.745.1245
WWW.BARKETEPSTEIN.COM

ADDITIONAL OFFICES:
EMPIRE STATE BUILDING, NY, NEW YORK
HUNTINGTON, NEW YORK
ALL MAIL TO GARDEN CITY ADDRESS

April 1, 2020

**via ELECTRONIC FILING**
Hon. Mary K. Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/2020

    Re:  *United States v. Ross Cohen*
       Docket No.: 20-CR-160 (MKV)

Dear Judge Vyskocil:

Please see attached endorsed Affidavit in support of our March 26, 2020 letter-motion waiving Mr. Cohen's personal appearance for his arraignment pursuant to Fed. R. Crim. P. 10(b).

Thank you for your consideration.

            Respectfully submitted,

      By:   /s/Bruce Barket, Esq.
          Bruce Barket Esq.
          Barket Epstein Kearon Aldea & LoTurco, LLP
          *Attorneys for Defendant*

cc: via ECF to:
AUSA Sarah Mortazavi

> The Court accepts Defendant Cohen's waiver of appearance. Counsel for Mr. Cohen should be prepared to agree to a schedule for the remainder of the case and to address any issues or questions that arise.
>
> Date: 4/1/2020    *Mary Kay Vyskocil*
> New York, New York  Mary Kay Vyskocil
>             United States District Judge