███████████████

September 10, 2019

**Via Email** ████████@rmtcnet.com

████████████████

Executive Director & COO
Racing Medication & Testing Consortium
401 West Main Street
Suite 222
Lexington, KY 40507

    Re:  *MediVet Equine & its product SGF 1000 RMR*

Dear Dr. ██████:

  I write to advise that I represent MediVet Equine, a company that has developed and introduced state-of-the-art biological therapeutics commercially available to the equine industry over the past 13 years. It has done so working with leading equine groups, including some of the top researchers and universities around the world. The company's mission is to develop products that promote the natural repair processes for the betterment of the industry with the well-being of the horse always paramount.

  It has come to our attention that your organization recently communicated to major stakeholders in the thoroughbred racing industry, and possibly others, that one of our products is *"illegal."* Specifically, that opinion was given concerning "SGF 1000 RMR" as containing sheep growth hormone. As is discussed in more detail below, that claim is false and is undoubtedly damaging to the company, its shareholders and clients.

  MediVet Equine has had a long standing history of working with regulatory bodies, including the Hong Kong Jockey Club, to ensure compliance of their products with regulatory standards. Over the past 13 years of operation the company's reputation is unblemished. Here, we seek to address your unfounded claim directly and, in doing so, we offer to work with you in a cooperative manner to set the record straight.

  So that you have a full understanding of the efforts made to ensure the integrity of MediVet Equine's products, and specifically SGF 1000 RMR, a naturally derived extract from sheep placenta, I have outlined below the company's most recent analytical testing performed by Industrial Laboratories of Colorado ("Industrial").

  As part of my client's quality control procedures we sent a sample of SGF 1000 RMR to Industrial for analytical testing which testing included their standard screening immunoassays for two growth hormone related substances – IGF-1 and Follistatin. The results came back NEGATIVE for both of these ELISA tests. *See* Certificate of Analysis, Report # Rpt-190906048, dated September 06, 2019, attached hereto.

The significance of these negative findings is that the product does not contain any unusual or elevated levels of these growth related substances.

Following the receipt of these preliminary results, and out of an abundance of caution, the company requested Industrial to run an additional growth hormone immunoassay on the submitted sample. This test was run with a commercially available Bovine GH/IGF-1 ELISA assay. If anything characterizes an ELISA test it is the ability for the test to cross-react with closely related substances such as bovine and sheep growth hormone. The results of this additional test was also NEGATIVE. *Id.*

Finally, while the product has been examined and tested over the years by numerous regulatory bodies, we have learned that SGF 1000 RMR was subjected to testing by Dr. Scott Stanley at the Kenneth L. Maddy Equine Analytical Chemistry Laboratory at UC Davis which, as you know, is the official drug testing laboratory for the State of California. On information and belief, those findings were NEGATIVE for any prohibited substances. Had there been a contrary finding at any point in time communicated to MediVet Equine the product would have been immediately removed from distribution.

Once you have had the opportunity to review the attached report, I ask that we work together to resolve this matter, and to do so expeditiously so that any harm that has been caused to MediVet Equine and its clients may be limited. To that end, I will be in touch with your office next week.



cc:   Mr. Michael Kegley, CEO

## CERTIFICATE OF ANALYSIS

Report # Rpt-190906048

Page 1 of 1



**To:**
Mr. Mike Kegley, CEO
Medi Vet Equine
200 Moore Drive
Nicholasville, KY

**Date of Report:**
September 06, 2019

**SAMPLE ORIGIN:** MediVet Equine

**DATE OF RECEIPT:** June 18, 2019
**SEAL NUMBER:** NA
**DATE OF:** June 18, 2019

| SampleCode | Client ID | Sample Type | Result |
|---|---|---|---|
| 19061821-001 | #608 | Placental Fluid | **Enzyme-Linked Immunosorbent Assay (ELISA) testing:** |

Follistatin: **Negative**
Human Insulin Growth Factor-1 (hIGF-1): **Negative**
Bovine Insulin Growth Factor-1 (bIGF-1): **Negative**
Bovine Growth Hormone (bGH): **Negative**

Testing was conducted using ELISA methods
(method code: IL-DTS-M-022)

Test results are based on screening tests and should not be used for legal purposes without additional testing (confirmatory analysis available at client request)
The results shown on this test report apply only to the sample listed above.
Test results determined by Industrial Laboratories do not constitute a guarantee that subsequent testing of different samples will yield the same result.
** Industrial Laboratories cannot guarantee that all potential drugs are detected with existing methods.

REPORTED BY (Sign/Date)

4046 Youngfield St., Wheat Ridge, CO 80033 (303) 287-9691 (303) 287-0964 Fax www.industriallabs.net
Submission of samples is considered a contracting service and this acknowledges
and accepts Industrial Laboratories' terms and conditions at
www.industriallabs.net/terms.html
This report is not to be reproduced in whole or in part without obtaining prior written authorization