```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - X
                              :
UNITED STATES OF AMERICA      :
                              :
          - v. -              :
                              :
ROSS COHEN,                   :
                              :
          Defendant.          :
                              :
- - - - - - - - - - - - - - X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2022

**UNSEALING ORDER**

S1 20 Cr. 160 (MKV)

      Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Anden Chow;

      It is found that (1) Information S1 20 Cr. 160 (the "Information") and the related charging paperwork and (2) the transcript of the defendant's July 9, 2020 waiver of indictment and guilty plea, are currently sealed and subject to temporarily delayed docketing; and that the United States Attorney's Office has applied to have the Information, the guilty plea transcript, and all related filings unsealed, and delayed docketing lifted;

IT IS THEREFORE ORDERED that the Information, the guilty plea transcript, and all related entries be unsealed and remain unsealed pending further order of the Court; and

IT IS FURTHER ORDERED that the Clerk of Court make the relevant entries on the public docket.

DATED:   New York, New York
         February  2 , 2022

_____
HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK