```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   8/10/2023

UNITED STATES OF AMERICA,

               -against-

ROSS COHEN,

               Defendant.

20-cr-160-6 (MKV)

ORDER

**MARY KAY VYSKOCIL, United States District Judge:**

IT IS HEREBY ORDERED THAT the sentencing in this case will take place on December 18, 2023 at 2:00 p.m.  IT IS FURTHER ORDERED THAT the defense shall arrange to meet with the Probation Office within 14 days of this Order.  The defendant is on notice that the information he gives to the probation officer must be truthful and accurate.  The government shall provide its statement of facts to Probation within 14 days of this Order.  IT IS FURTHER ORDERED THAT the defendant's sentencing submission is due two weeks before the sentencing, and the government's submission is due one week before the sentencing.

**SO ORDERED.**

Date:  August 10, 2023
        New York, NY

_____
MARY KAY VYSKOCIL
United States District Judge

1