USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Ross Cohen,

            Defendant.

**Order of Restitution**

**S1 20 Cr. 160 (MKV)**

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Sarah Mortazavi, David R. Felton, Assistant United States Attorneys, of counsel, with the consent of Ross Cohen, the Defendant, by and through his counsel, Bruce Barket, Esq. and Aida Leisenring, Esq.; the presentence investigation report; the Defendant's conviction on Count One of the above Information; the Defendant's agreement, pursuant to the plea agreement between the Defendant and the Government dated June 23, 2020; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** Ross Cohen, the Defendant, shall pay restitution in the total amount of $28,277,175 to the victims of the offense charged in Count One of the S3 Superseding Information filed in *United States v. Navarro et al.*, 20 Cr. 160 (MKV) (the "S3 Information"). The name, address, and specific amount owed to the victim is set forth in the schedule attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Joint and Several Liability.** Defendant's liability for restitution shall be joint and several with co-defendant Jorge Navarro, 20 Cr. 160 (MKV). Defendant's liability for restitution

09.10.2013

shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein, or every victim in Schedule A has recovered the total amount of each loss from the restitution paid by the Defendant and all co-defendants ordered to pay the same victims.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          2-7-2024
David R. Felton                                            DATE
One Saint Andrew's Plaza
New York, NY 10007
Tel.: (212) 637 – 2299

ROSS COHEN

By: _____          2/7/2024
ROSS COHEN                            DATE

By: _____          2/7/2024
BRUCE BARKET, ESQ.                    DATE
AIDA LEISENRING, ESQ.
Attorneys for Defendant
Barket Epstein Kearon Aldea & LoTurco, LLP
666 Old Country Road Suite 700
Garden City, NY 11530

SO ORDERED:

_____               2/7/2024
HONORABLE MARY KAY VYSKOCIL           DATE
UNITED STATES DISTRICT JUDGE