```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Judgment Creditor,

v.

ROSS COHEN,

                Judgment Debtor.

20 CR 00160 (MKV)

**STIPULATION AND
ORDER FOR VOLUNTARY
ASSIGNMENT OF EARNINGS**

WHEREAS, on February 7, 2024, the United States of America obtained a judgment against the judgment debtor, ROSS COHEN, in the amount of $28,277,175.00, for which the outstanding balance is $30,850,774.96, and the parties have agreed to voluntary automatic deduction of 10% per pay period from ROSS COHEN's compensation to pay the judgment,

IT IS HEREBY STIPULATED AND AGREED that ROSS COHEN's current employer or third-party compensation provider, and each additional or subsequent employer or third-party compensation provider who receives notice of this Stipulation and Order from any of the undersigned, shall withhold 10% of ROSS COHEN's gross compensation per pay period until further notice and pay such withholdings to "Clerk of Court" at United States District Court, 500 Pearl Street, New York, New York 10007, Attn: Cashier for ROSS COHEN, 20 CR 00160.

Dated: January 23, 2025
       New York, New York

_____
ROSS COHEN
*Judgment Debtor*

DANIELLE R. SASSOON
United States Attorney

_____
MELISSA CHILDS
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2711

SO ORDERED:

_____ Feb. 4, 2025
UNITED STATES DISTRICT JUDGE